UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH H. ZERNIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09-805 (RJL) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**
(June 29, 2009)

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that plaintiff's motion to disqualify [Dkt. #3] is DENIED; it is further

**ORDERED** that plaintiff's motion for CM/ECF password [Dkt. #2] is DENIED as moot; it is further

**ORDERED** that plaintiff's ex parte motion to compel [Dkt. #4] is DENIED as moot; it is further

**ORDERED** that plaintiff's requests for a review of the Clerk's operations [Dkt. #5] and for an order relating to the Clerk's and this Court's conduct [Dkt. #6] are DENIED; it is further

(over)

1

**ORDERED** that the summonses issued herein are QUASHED; and it is further

**ORDERED** that the plaintiff's petition for a writ of mandamus is DISMISSED. This is a final appealable Order.

**SO ORDERED.**

.

_____
RICHARD J. LEON
United States District Judge